**Earl RIDGEWAY, Appellant, v. STATE of Texas, Appellee.**

**No. 21267.**

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for rape, punishment assessed being 15 years in the penitentiary.

Since this court acquired jurisdiction appellant has filed in the court his affidavit advising that he does not desire to further prosecute his appeal, and requests that same be dismissed, and it is so ordered.

**Marvin SUBLETT, Appellant, v. STATE of Texas, Appellee.**

**No. 21322.**

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

R. T. Harris and M. J. Howze, both of Monahans, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant has filed his affidavit setting forth his desire to withdraw his appeal in this cause, which appears to be regular. The motion is granted and, upon such showing, the appeal is dismissed.

**Harris WILLIAMS, Appellant, v. STATE of Texas, Appellee.**

**No. 21347.**

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

M. P. McCoy, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant's motion to dismiss his appeal, properly sworn to, was filed in this court on the 18th day of September, 1940. The motion, being in due form, is granted and the appeal is withdrawn.

**James Woodrow WOODRUFF, Appellant, v. STATE of Texas, Appellee.**

**No. 21311.**

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

Harvey W. Lindsay, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being six years in the penitentiary.

Since the jurisdiction of this court attached appellant has filed his affidavit advising that he does not desire to further prosecute his appeal, and at his request the appeal is dismissed.